# UNITED STATES BANKRUPTCY COURT
## Middle DISTRICT OF Pennsylvania

In re: Dale Allen & Brian Allen Partnership  § Case No. 4-12-01377
§
§
§
Debtor(s)

## CHAPTER 12 CASE TRUSTEE'S FINAL REPORT AND ACCOUNT

William G. Schwab, chapter 12 trustee appointed under 11 U.S.C. § 1202(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1202(b)(1). The trustee declares under penalty of perjury as follows:

1) The case was filed on 03/09/2012.

2) The plan was confirmed on 12/23/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on _____.

4) The trustee filed action to remedy default by the debtor in performance under the plan on _____.

5) The case was completed on 07/15/2014.

6) Number of months from filing or conversion to last payment: 27.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $216,087.83.

11) All estate bank statements, deposit slips, and canceled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

UST Form 101-12-FR-C (9/1/2009)

| | |
|---|---|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $35,000.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | $35,000.00 |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $9,421.29 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,026.00 |
| Other | $501.54 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $12,948.83 |
| Attorney fees paid and disclosed by debtor: | $5,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Citizens & Northern Bank<br>P.O. Box 58<br>Wellsboro, PA 16901 | | $911,304.00 | $1,092,451.80 | | | |
| CNH Capital<br>P.O. Box 3600<br>Lancaster, PA 17604-3600 | | $16,123.00 | $15,232.28 | | | |
| Dale and Sandra Allen<br>541 Sweetbriar Road<br>Wellsboro, PA 16901 | | $500,000.00 | | | | |
| Dale and Sandra Allen<br>541 Sweetbriar Road<br>Wellsboro, PA 16901 | | $100,000.00 | | | | |
| John Deere Financial<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 | | $40,681.00 | $39,508.08 | | | |
| John Deere Financial<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 | | $29,229.00 | $28,586.70 | | | |
| John Deere Financial<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 | | $13,942.00 | $13,590.27 | | | |
| John Deere Financial<br>P.O. Box 4450 | | $872.00 | | | | |

**UST Form 101-12-FR-C (9/1/2009)**

| Name/Address | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|
| Carol Stream, IL 60197-4450 | | | |
| Mary K. Kearns-Miller<br>591 Sweet Briar Road<br>Wellsboro, PA 16901 | $29,947.00 | $29,947.00 | |
| Sandra B. Allen<br>541 Sweet Briar Road<br>Wellsboro, PA 16901 | $2,877.00 | $2,877.00 | |
| USDA Farm Service Agency<br>P.O. Box 200003<br>Saint Louis, MO 63120-0003 | $196,241.00 | $197,322.51 | |
| Wells Fargo Equipment Finance<br>733 Marquette Avenue<br>Suite 700<br>Minneapolis, MN 55402 | $9,540.00 | | |
| Marie J. Kane, Tax Collector<br>662 Buck Road<br>Wellsboro, PA 16901 | $131.00 | | |
| Martha J. Rusk, Tax Collector<br>3140 Arnot Road<br>Wellsboro, PA 16901 | $2,115.00 | | |
| Martha J. Rusk, Tax Collector<br>3140 Arnot Road<br>Wellsboro, PA 16901 | $171.00 | | |
| Tioga County Tax Claim Bureau<br>118 Main Street<br>Wellsboro, PA 16901 | $14,624.00 | $7,077.81 | |
| Tioga County Tax Claim Bureau<br>118 Main Street<br>Wellsboro, PA 16901 | $1,192.00 | $582.41 | |
| Charles Olin & Sons, LLC<br>102 Philo Road West<br>Elmira, NY 14903 | $6,357.00 | | |
| Columbia Cross Roads Equipment<br>24231 Route 14<br>Columbia Cross Road, PA 16914 | $11,435.00 | | |
| Cornell University Animal Health Diagnostic Center<br>P.O. Box 5786<br>Ithaca, NY 14852-5786 | $1,065.00 | | |
| Fisher & Thompson, Inc.<br>100 Newport Road<br>Leola, PA 17540 | $4,516.00 | $4,577.70 | $617.44 |
| Gro-Mor Plant Food Company, Inc. | $9,344.00 | $9,428.15 | $1,301.02 |

**UST Form 101-12-FR-C (9/1/2009)**

| Creditor | | | |
|---|---|---|---|
| 281 Farmland Road Leola, PA 17540 | | | |
| H. Rockwell & Son 430 Troy Street P.O. Box 197 Canton, PA 17724 | $100,055.00 | | |
| Penn York Agri Services, LLC P.O. Box 231 Westfield, PA 16950 | $13,000.00 | | |
| Troy Veterinary Clinic 15579 Route 14 Troy, PA 16947 | $20,539.00 | $21,282.40 | $2,932.80 |
| Unity Seeds, LLC 3589 Sagamore Parkway N Suite 280 Lafayette, IN 47904 | $3,300.00 | | |
| Webb's Super-Gro Products P.O. Box C Mill Hall, PA 17751 | $68,528.00 | $68,521.24 | $9,459.95 |
| Quantum3 Group, LLC as agent for Worldwide Asset Purchasing II, LLC P.O. Box 788 Kirkland, WA 98083-0788 | | $55,939.79 | $7,739.96 |

**UST Form 101-12-FR-C (9/1/2009)**

| Summary of Disbursements to Creditors: | | | |
|---|---:|---:|---:|
| **Secured Payments:** | Claim Allowed | Principal Paid | Interest Paid |
| Mortgage Ongoing | $600,000.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,250,756.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | $1,850,756.00 | $0.00 | $0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $18,233.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | $18,233.00 | $0.00 | $0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $159,749.28 | $22,051.17 | $0.00 |

| Disbursements: | |
|---|---:|
| Expenses of Administration | $12,948.83 |
| Disbursements to Creditors | $22,051.17 |
| **TOTAL DISBURSEMENTS:** | $35,000.00 |

UST Form 101-12-FR-C (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee, closes the estate, and grants such other relief as may be just and proper.

Date: 12/18/2014           By: /s/ William G. Schwab
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-12-FR-C (9/1/2009)