```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 12-01377-JJT
Dale Allen and Brian Allen Partnership                          Chapter 12
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0314-4      User: karendavi          Page 1 of 1         Date Rcvd: Apr 06, 2017
                          Form ID: ntrevtfr        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2017.
db           +Dale Allen and Brian Allen Partnership,    541 Sweetbriar Road,    Wellsboro, PA 16901-6772

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2017 at the address(es) listed below:
              Jeremy A Mercer    on behalf of Interested Party    SWEPI LP JMercer@BlankRome.com
              Joshua I Goldman    on behalf of Creditor    United States of America, acting through the
               Department of Agriculture, Farm Service Agency bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Mark E Morrison    on behalf of Creditor    United States of America, acting through the Department
               of Agriculture, Farm Service Agency USAPAM.Bankr-WilkesBarre@usdoj.gov
              Stephen J. Banik    on behalf of Debtor    Dale Allen and Brian Allen Partnership
               sjbe@frontiernet.net
              Stephen J. Banik    on behalf of Debtor Dale E. Allen sjbe@frontiernet.net
              Stephen J. Banik    on behalf of Joint Debtor Sandra B. Allen sjbe@frontiernet.net
              Stephen J. Banik    on behalf of Debtor Brian L. Allen sjbe@frontiernet.net
              Thomas I Puleo    on behalf of Creditor    United States of America, acting through the Department
               of Agriculture, Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com,
               schwab@uslawcenter.com
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
              William Philip Carlucci    on behalf of Creditor    Citizens & Northern Bank wcarlucci@elionlaw.com,
               wcarlucci@elionwayne.com
                                                                                             TOTAL: 12

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Dale Allen and Brian Allen Partnership dba Sweetbriar Farms<br>Debtor(s) | Chapter<br>Case No. | 12<br>4:12−bk−01377−JJT |

## Notice

Notice to the Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

debtor

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17108<br>570−831−2500/717−901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: karendavis |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2017 |