IN THE UNITED STATES BANKRUCPTY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Brian L. Allen            No. 4:12-bk-01378-JJT  Chapter 12

_____

In re: Dale E. Allen and Sandra B. Allen     No. 4:12-bk-01379-JJT  Chapter 12

_____

In re Dale Allen and Brian Allen Partnership     No. 4:12-bk-01377-JJT  Chapter 12

## CERTIFICATE OF SERVICE

The undersigned, counsel for Citizens and Northern Bank, certifies that he served the Motion for Relief from Automatic Stay and Notice of Filing of that Motion and Proposed Order as follows:

Through the Electronic Filing System on April 23, 2017, and by first class mail, on April 24, 2017 upon the following:

Dale Allen and Brian Allen Partnership
541 Sweetbriar Road
Wellsboro, PA  16901

William G. Schwab & Associates
811 Blakeslee Blvd., Drive East
P.O. Box 56
Lehighton, PA  18235

William R. Greendyke
1301 McKinney Suite 5100
Houston, TX  77010-3095

                                             **ELION, GRIECO,CARLUCCI & SHIPMAN, P.C.**
                                             /s/ William P. Carlucci
                                             William P. Carlucci, Esquire
                                             I.D. #30477, Attorney for Citizens and Northern Bank
                                             125 East Third Street
                                             Williamsport, PA 17701
                                             570-326-2443