IN THE UNITED STATES BANKRUCPTY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Brian L. Allen No. 4:12-bk-01378-JJT Chapter 12
_____

In re: Dale E. Allen and Sandra B. Allen No. 4:12-bk-01379-JJT Chapter 12
_____

In re: Dale Allen and Brian Allen Partnership No. 4:12-bk-01377-JJT Chapter 12
_____

### ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance on behalf of all Debtors in the above-captioned action *solely for the purpose* of objecting, pursuant to FRBP 5009, to closure of the case and to Answer and argue the **Motion of Citizens & Northern Bank for Relief From the Automatic Stay**. Attorney Stephen J. Banik, at this time, remains counsel in all other respects.

RESPECTFULLY SUBMITTED:
ZEIGLER LAW FIRM, LLC


**s/Matthew J. Zeigler**
Matthew J. Zeigler
Attorney ID: 83367
353 Pine Street, Suite 3
Williamsport, PA 17701

(570) 599-2211
mjzeigler@comcast.net

# IN THE UNITED STATES BANKRUCPTY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Brian L. Allen No. 4:12-bk-01378-JJT Chapter 12
_____

In re: Dale E. Allen and Sandra B. Allen No. 4:12-bk-01379-JJT Chapter 12
_____

In re: Dale Allen and Brian Allen Partnership No. 4:12-bk-01377-JJT Chapter 12
_____

**I, Matthew J. Zeigler, do certify that I served the above Entry of Appearance upon all appearing counsel, including the United States Trustee, by virtue of the Electronic Filing System of this Court.**

                **RESPECTFULLY SUBMITTED:**
                **ZEIGLER LAW FIRM, LLC**

                **s/Matthew J. Zeigler**
                Matthew J. Zeigler
                Attorney ID: 83367
                353 Pine Street, Suite 3
                Williamsport, PA 17701

                (570) 599-2211
                mjzeigler@comcast.net