IN THE UNITED STATES BANKRUCPTY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Brian L. Allen No. 4:12-bk-01378-JJT Chapter 12
_____

In re: Dale E. Allen and Sandra B. Allen No. 4:12-bk-01379-JJT Chapter 12
_____

In re: Dale Allen and Brian Allen Partnership No. 4:12-bk-01377-JJT Chapter 12
_____

## OBJECTION TO CLOSURE
## PURSUANT TO FRBP 5009

**AND NOW COME** all Debtors in the above-captioned merged matters and file this objection to the proposed closure of this matter for the reasons which follow:

*DEBTORS WILL BE FILING AN ADVERSARIAL ACTION AGAINST CITIZENS AND NORTHERN BANK TO ESTABLISH THE LEGITIMACY OF THE PUTATIVE INDENTURES OF INDEBTEDNESS AND FOR MISFEASANCE/MALFEASANCE WITH RELATION THERETO AND ALSO WILL BE OBJECTING TO C&N'S PROOF OF CLAIM.*

RESPECTFULLY SUBMITTED:
ZEIGLER LAW FIRM, LLC

s/Matthew J. Zeigler
Matthew J. Zeigler
Attorney ID: 83367
353 Pine Street, Suite 3
Williamsport, PA 17701

(570) 599-2211
mjzeigler@comcast.net

# IN THE UNITED STATES BANKRUCPTY COURT FOR
# THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: Brian L. Allen No. 4:12-bk-01378-JJT Chapter 12
_____

In re: Dale E. Allen and Sandra B. Allen No. 4:12-bk-01379-JJT Chapter 12
_____

In re: Dale Allen and Brian Allen Partnership No. 4:12-bk-01377-JJT Chapter 12
_____

**I, Matthew J. Zeigler, do certify that I served the above OBJECTION TO CLOSURE PURSUANT TO FRBP 5009 upon all appearing counsel, including the United States Trustee, by virtue of the Electronic Filing System of this Court.**

                                     **RESPECTFULLY SUBMITTED:**
                                     **ZEIGLER LAW FIRM, LLC**

                                     <u>s/Matthew J. Zeigler</u>
                                   Matthew J. Zeigler
                                   Attorney ID:  83367
                                   353 Pine Street, Suite 3
                                   Williamsport, PA 17701

                                   (570) 599-2211
                                   mjzeigler@comcast.net