```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 12-01377-JJT
Dale Allen and Brian Allen Partnership                           Chapter 12
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: BWagner               Page 1 of 2            Date Rcvd: Jun 27, 2017
                              Form ID: pdf010             Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2017.
```
db              +Dale Allen and Brian Allen Partnership,    541 Sweetbriar Road,    Wellsboro, PA 16901-6772
aty             +William G. Schwab & Associates,    811 Blakeslee Blvd, Drive East,    PO Box 56,
                  Lehighton, PA 18235-0056
aty              William R Greendyke,    Norton Rose Fulbright US LLP,    1301 McKinney Suite 5100,
                  Houston, TX 77010-3095
4054957         +Ann S. Pepperman, Esq.,    433 Market Street,    Williamsport, PA 17701-6340
4054960          CNH Capital,    P.O. Box 3600,    Lancaster, PA 17604-3600
4054958         +Charles Olin & Sons, LLC,    103 Philo Road West,    Elmira, NY 14903-9756
4054959         +Citizens & Northern Bank,    P.O. Box 58,    Wellsboro, PA 16901-0058
4054961         +Columbia Cross Roads Equipment,    24213 Route 14,    Columbia Cross Roads, PA 16914-8061
4054962          Cornell University,    Animal Health Diagnostic Center,    P.O. Box 5786,    Ithaca, NY 14852-5786
4211900          Creditors Collection,    PO Box 1540,    Corning, NY 14830-5240
4211901          Deere & Company,    PO Box 6600,    Johnston, IA 50131-6600
4054963         +Fisher & Thompson, Inc.,    100 Newport Rd.,    Leola, PA 17540-1822
4054964         +Gro-Mor, Plant Food Company, Inc.,     281 Farmland Road,    Leola, PA 17540-9503
4054965         +H. Rockwell & Son,    430 Troy St.,    P.O. Box 197,    Canton, PA 17724-0197
4054966          John Deere Financial,    P.O. Box 4450,    Carol Stream, IL 60197-4450
4054967         +Leaf,    P.O. Box 644006,    Cincinnati, OH 45264-4006
4054968         +Marie J. Kane,    Tax Collector,    662 Buck Road,    Wellsboro, PA 16901-7440
4054969         +Martha J. Rusk,    Tax Collector,    3140 Arnot Road,    Wellsboro, PA 16901-8334
4054970         +Mary K. Kearns-Miller,    591 Sweet Briar Road,    Wellsboro, PA 16901-6772
4054971         +Penn York Agri Services LLC,    P.O. Box 231,    Westfield, PA 16950-0231
4054972         +Sandra B. Allen,    541 Sweet Briar Road,    Wellsboro, PA 16901-6772
4054973         +Tioga County Tax Claim Bureau,    118 Main Street,    Wellsboro, PA 16901-1461
4054974         +Troy Veterinary Clinic,    15579 Route 14,    Troy, PA 16947-8749
4176714         +USDA FSA,    Tioga County Office,    50 Plaza Lane,    Wellsboro, PA 16901-1766
4054976          USDA Farm Service Agency,    P.O. Box 200003,    Saint Louis, MO 63120-0003
4054977         +Webb's Super-Gro Products,    P.O. Box C,    Mill Hall, PA 17751-0166
4054978        #+Wells Fargo Equipment Finance,    733 Marquette Avenue,    Suite 700,
                  Minneapolis, MN 55402-2340
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: resourcerecovery@cnbankpa.com Jun 27 2017 18:50:06     Citizens & Northern Bank,
                  90-92 Main Street,    Wellsboro, PA 16901-1517
4258270         +E-mail/Text: cio.bncmail@irs.gov Jun 27 2017 18:49:47     Internal Revenue Service,
                  Centralized Insolvency Operation,    Po Box 7317,    Philadelphia, Pa 19101-7317
4211902          E-mail/Text: bnc-quantum@quantum3group.com Jun 27 2017 18:49:49
                  Quantum Group LLC as agent for,    Worldwide Asset Purchasing II LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4100760          Citizens & Northern Bank
4054975        ##+Unity Seeds, LLC,   3589 Sagamore Parkway N,   Suite 280,   Lafayette, IN 47904-5046
                                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2017 at the address(es) listed below:

    Jeremy A Mercer   on behalf of Interested Party   SWEPI LP JMercer@BlankRome.com, TLong@BlankRome.com

    Joshua I Goldman   on behalf of Creditor   United States of America, acting through the Department of Agriculture, Farm Service Agency bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

    Mark E Morrison   on behalf of Creditor   United States of America, acting through the Department of Agriculture, Farm Service Agency USAPAM.Bankr-WilkesBarre@usdoj.gov

    Matthew Joseph Zeigler   on behalf of Debtor   Dale Allen and Brian Allen Partnership mjzeigler@comcast.net, r59360@notify.bestcase.com

    Stephen J. Banik   on behalf of Joint Debtor Sandra B. Allen sjbe@frontiernet.net

    Stephen J. Banik   on behalf of Debtor Brian L. Allen sjbe@frontiernet.net

    Stephen J. Banik   on behalf of Debtor   Dale Allen and Brian Allen Partnership sjbe@frontiernet.net

    Stephen J. Banik   on behalf of Debtor Dale E. Allen sjbe@frontiernet.net

    Thomas I Puleo   on behalf of Creditor   United States of America, acting through the Department of Agriculture, Farm Service Agency tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

    United States Trustee   ustpregion03.ha.ecf@usdoj.gov

    William G Schwab   on behalf of Trustee William G Schwab (Trustee) ECF@uslawcenter.com, schwab@uslawcenter.com

    William G Schwab (Trustee)   schwab@uslawcenter.com, wschwab@iq7technology.com;ecf@uslawcenter.com

    William Philip Carlucci   on behalf of Creditor   Citizens & Northern Bank wcarlucci@elionlaw.com, wcarlucci@elionwayne.com

                                                                    TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dale Allen and Brian Allen Partnership<br>dba Sweetbriar Farms<br>541 Sweetbriar Road<br>Wellsboro, PA 16901 | Chapter 12<br>Case No. 4:12–bk–01377–JJT |

Employer Tax–Identification No: 25–1716457

| | |
|---|---|
| Brian L. Allen<br>dba Dale Allen and Brian Allen Partnership<br>dba Sweetbriar Farms<br>591 Sweetbriar Road<br>Wellsboro, PA 16901 | Chapter 12<br>Case No. 4:12–bk–01378–JJT<br>Consolidated |

Social Security No: xxx-xx-8306

| | |
|---|---|
| Dale E. Allen<br>dba Dale Allen and Brian Allen Partnership<br>dba Sweetbriar Farms<br>541 Sweetbriar Road<br>Wellsboro, PA 16901 | Chapter 12<br>Case No. 4:12–bk–01379–JJT<br>Consolidated |

Social Security No: xxx-xx-3387

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 12 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: BWagner, Deputy Clerk

Dated: June 27, 2017